UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
IBN EL AMIN PASHA,                          :
                                            :
       Petitioner,                         :    Civ. No. 19-3701 (FLW)
                                            :
v.                                          :
                                            :
BRUCE DAVIS et al.,                         :    **MEMORANDUM AND ORDER**
                                            :
       Respondents.                        :
_____    :

**FREDA L. WOLFSON, U.S.D.J.**

    Petitioner *pro se*, Ibn El Amin Pasha ("Petitioner"), who is presently incarcerated at New Jersey State Prison, in Trenton, New Jersey, commenced this proceeding by filing a petition for writ of habeas corpus, under 28 U.S.C. § 2254. (ECF No. 1.) A habeas petition must include either a $5.00 filing fee or an application to proceed *in forma pauperis*. 28 U.S.C. §§ 1914(a), 1915(a); Rules Governing § 2254 Cases, Rule 3, 28 U.S.C.A. foll. § 2254. After filing his Petition, Petitioner attempted to pay the $5.00 filing fee by check. As this check was made out to the wrong recipient, however, the Clerk of the Court returned the check to Petitioner. (*See* ECF No. 2.) The Court has not yet received a proper filing fee or application to proceed *in forma pauperis*.

    Accordingly, IT IS, on this 4th day of April 2019,

    ORDERED that, as the Petition included neither a proper filing fee nor an application to proceed *in forma pauperis*, the proceeding is hereby ADMINISTRATIVELY CLOSED; and it is further

ORDERED that Petitioner may have this proceeding reopened if, within 30 days of the entry of this Memorandum and Order, he submits a proper $5.00 filing fee or submits to the Clerk a complete application to proceed *in forma pauperis*; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and either a complete *in forma pauperis* application or filing fee, the Clerk will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail.

/s/ Freda L. Wolfson  
FREDA L. WOLFSON  
United States District Judge