**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

IBN EL AMIN PASHA,                                     :
                                                       :
             Petitioner,          :          Civ. No. 19-3701 (FLW)
                                                       :
     v.                               :
                                                       :
BRUCE DAVIS et al.,                                    :          **MEMORANDUM & ORDER**
           Respondents.         :
_____               :

       This matter has been opened to the Court by Petitioner Ibn El Amin Pasha's letter dated

January 7, 2021, ECF No. 36, which responds to the Court's December 8, 2020 Order denying

without prejudice Petitioner's request to amend his Petition.  *See* ECF No. 34.

       In his January 7, 2021 letter, Petitioner clarifies that he is not seeking to amend his

Petition; instead, he seeks to submit an addendum to his traverse.  Specifically, he wishes to

provide the exhibit attached to his January 7, 2021 letter to support Ground Seventeen of the

Petition.  *See* ECF No. 36 at 2-4.  At this time, the Court accepts the addendum to his traverse as

timely filed.

       The Court also notes that the "Amended Petition" submitted by Petitioner and docketed

on December 22, 2020, appears identical to Petitioner's original Petition.  *See* ECF Nos. 35, 1.

Based on Petitioner's clarification and the similarly of the two petitions, the Court does not

consider the Amended Petition to raise any new claims for relief.

       Accordingly, **IT IS**, on this  <u>14</u><sup>th</sup> day of January 2021,

       **ORDERED** that Petitioner's request to submit an addendum to his traverse is

**GRANTED**; and it is further

       **ORDERED** that the exhibit to Petitioner's letter dated January 7, 2021, ECF No. 36 at 2-

4, is accepted as within time; and it is further

2

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular U.S. mail.

*s/Freda L. Wolfson*
FREDA L. WOLFSON
U.S. Chief District Judge
