**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IBN EL AMIN PASHA, | |
| Petitioner, | Civ. No. 19-3701 (GC) |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al., | **MEMORANDUM & ORDER** |
| Respondents. | |

**CASTNER, District Judge**

Petitioner, Ibn El Amin Pasha ("Petitioner" or "Pasha"), is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 7, 2022, this Court denied Petitioner's habeas petition in its entirety, denied a certificate of appealability and marked this case as closed. (*See* ECF 40 & 41). On November 30, 2022, Petitioner filed a notice of appeal.[1] (*See* ECF 44).

On January 3, 2023, Petitioner filed a Motion for an extension of time to file an application for a certificate of appealability. (*See* ECF 43). In order to rule on Petitioner's Motion, the Clerk will be ordered to reopen this case.

Petitioner's Motion for an extension of time to file an application for a certificate of appealability in this Court is denied. Indeed, this Court has already decided that a certificate of appealability shall not issue in this case such that no additional time for Petitioner to seek a

---

[1] Petitioner filed his notice of appeal initially with the United States Court of Appeals for the Third Circuit. (*See* ECF 42). The Third Circuit then forwarded Petitioner's notice to this Court on December 8, 2022 with instructions to docket Petitioner's notice of appeal as of November 30, 2022. (*See* ECF 42-1).

certificate of appealability in this Court is warranted. (*See* ECF 40 at 45). Petitioner is of course free to seek an extension of time to file an application for a certificate of appealability with the United States Court of Appeals for the Third Circuit.

Accordingly, IT IS on this 5th day of January, 2023,

ORDERED that the Clerk shall reopen this case so that Petitioner's motion for an extension of time to file an application for a certificate of appealability (ECF 43) can be decided; and it is further

ORDERED that Petitioner's motion for an extension of time to file an application for a certificate of appealability (ECF 43) in this Court is denied; Petitioner is free to seek an extension of time to file such an application with the United States Court of Appeals for the Third Circuit; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail; and it is further

ORDERED that the Clerk shall re-close this case.

*[signature]*
GEORGETTE CASTNER
United States District Judge

2