**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IBN EL ALMIN PASHA, | : | |
| | : | |
| Petitioner, | : | Civ. No. 19-3701 (GC) |
| | : | |
| v. | : | |
| | : | |
| ATTORNEY GENERAL OF THE STATE | : | **MEMORANDUM & ORDER** |
| OF NEW JERSEY, et al., | : | |
| | : | |
| Respondents. | : | |

**CASTNER, District Judge**

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In November 2022, this Court denied Petitioner's habeas petition in total. (*See* ECF 40 & 41). Petitioner has appealed. (*See* ECF 44). Presently pending before this Court is Petitioner's Motion for Leave to Appeal *In Forma Pauperis*. (*See* ECF 48). The Clerk will be ordered to reopen this case so that this Motion can be decided.

      Petitioner's Motion is incomplete as it does not have the certified statement of the prison account statement(s) for the preceding six months preceding the appeal. *See* 3d Cir. L. App. R. 24.1(c). Petitioner indicates that this certified statement is forthcoming, however, that indication was made in a letter dated over one month ago and received by the Court on February 6, 2023. Accordingly, and for purposes of docket management purposes, this Court will deny Petitioner's Motion for Leave to Appeal *In Forma Pauperis* without prejudice. Petitioner can seek to have his Motion reinstated for reconsideration by this Court should he provide a certified copy of the appropriate prison account statement(s) within thirty (30) days of the date of this Memorandum

and Order.  Otherwise, Plaintiff should file his Motion for Leave to Appeal *In Forma Pauperis* anew.

Accordingly, IT IS on this 15th day of March, 2023,

ORDERED that the Clerk shall reopen this case so that Petitioner's Motion for Leave to Appeal *In Forma Pauperis* (ECF 44) may be analyzed; and it is further

ORDERED that the Petitioner's Motion for Leave to Appeal *In Forma Pauperis* (ECF 44) is denied without prejudice; and it is further

ORDERED that Petitioner may seek to reinstate his Motion for Leave to Appeal *In Forma Pauperis* by submitting the appropriate certified prisoner account statement(s) within thirty (30) days of the date of this Memorandum and Order; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail.

GEORGETTE CASTNER
United States District Judge