**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IBN EL AMIN PASHA, | : | |
| Petitioner, | : | Civ. No. 19-3701 (GC) |
| v. | : | |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al., | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

**CASTNER, District Judge**

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 7, 2022, this Court denied the habeas petition and declined to issue a certificate of appealability. (*See* ECF 40 & 41). Petitioner then filed a notice of appeal and a motion for leave to appeal *in forma pauperis*. (*See* ECF 44 & 48). On March 15, 2023, this Court denied Petitioner's motion for leave to appeal *in forma pauperis* as it was incomplete. (*See* ECF 49).

On March 20, 2023, this Court received another application from Petitioner for leave to appeal *in forma pauperis*. (*See* ECF 50). Therefore, the Clerk will be ordered to reopen this case so that the Court can rule on Petitioner's most recent application for leave to appeal *in forma pauperis*. Petitioner's motion for leave to appeal *in forma pauperis* will be granted based on the information provided therein.

Accordingly, IT IS this 22nd day of March, 2023,

ORDERED that the Clerk shall reopen this case so that the Court can rule on Petitioner's motion for leave to appeal *in forma pauperis* (*see* ECF 50); and it is further

ORDERED that Petitioner's motion for leave to appeal *in forma pauperis* (ECF 50) is granted; and it is further

ORDERED that the Clerk shall serve this Memorandum & Order on Petitioner by regular U.S. mail; and it is further

ORDERED that the Clerk shall reclose this case.

/s/ *Georgette Castner*  
GEORGETTE CASTNER  
United States District Judge